TOWN OF SHOREHAM v. MIDDLEBURY VENTURES, INC., No. 182-77

October 9, 1979. Findings of fact do not meet the required standard mandated by *Hoefer* v. *Town of Brattleboro*, 137 Vt. 434,

407 A.2d 183 (1979); *Town of Walden* v. *Bucknam*, 135 Vt. 326, 327–28, 376 A.2d 761, 763 (1977); *Schweizer* v. *Town of Pomfret*, 134 Vt. 436, 437, 365 A.2d 134, 135 (1976). Cause reversed and remanded to Commissioner of Taxes for recommittal to the State Tax Appeal Board for hearing on all issues.